IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE STOKES | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 13-7093 |
| | : | |
| MIKE WENEROWICZ, *et al.*, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 31st day of July, 2017, upon consideration of Defendants' Motion to Summary Judgment (Doc. No. 57) and the response thereto, it is hereby **ORDERED** that the motion is **GRANTED** and judgment is entered in favor of Defendants Michael Wenerowicz and Andretta Golden. The Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**

1